■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ARIE E. DAVID, Admitted in 1982, at a Term of the Appellate Division, Second Judicial Department. [689 NYS2d 100] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See,* 240 AD2d 106.]